UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY LENTZ,

                Plaintiff,

    - against -

THOUGHTWORKS, INC. and KISHORE RACHAPUDI,

                Defendants.

**ORDER**

20 Civ. 7043 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for April 1, 2021 is adjourned to **June 24, 2021 at 9:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 31, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge