UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY LENTZ,

               Plaintiff,

-against-

THOUGHTWORKS INC. and KISHORE RACHAPUDI,

               Defendants,

**ORDER**

21 Civ 7043 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Following the Court's extension of fact discovery to February 28, 2022, the conference currently scheduled for December 9, 2021 is adjourned until March 10, 2022 at 11:45am in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square.

Dated: New York, New York
       December 6, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge