

**Memo Endorsed:** The conference currently scheduled for March 10, 2022 is adjourned to June 2, 2022 at 10:00 a.m.

Dated: March 8, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Gary Moy
Associate
212.471.4409 direct
212.583.9600 main
gmoy@littler.com

March 8, 2022

<u>**VIA ECF**</u>

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>**Tiffany Lentz v. ThoughtWorks, Inc., et ano.**</u>, No. 20 Civ. 7043 (PGG)

Dear Judge Gardephe:

This firm represents Defendants ThoughtWorks, Inc. and Kishore Rachapudi in the above-referenced matter.  Defendants write to respectfully request that the Court adjourn the conference currently scheduled for March 10, 2022 at 11:45a.m. until a date and time at the Court's convenience following the May 30, 2022 fact discovery deadline.  Plaintiff consents to this request.

By way of background, the Court previously scheduled a pretrial conference for March 10, 2022 following the Court's extension of fact discovery until February 28, 2022. (Docket Entry No. 42)  On February 16, 2022, Plaintiff requested a 90-day extension of the fact discovery deadline, which the Court thereafter granted.  (Docket Entry Nos. 44-45)  In making this request, Plaintiff appears to have inadvertently omitted the pretrial conference as being potentially impacted by Plaintiff's request and the Court's revised Scheduling Order.  Accordingly, Defendants respectfully request that the pretrial conference be rescheduled until after the May 30, 2022 fact discovery deadline.

Thank you for your consideration.

Respectfully submitted,

/s/
Gary Moy
*Attorneys for Defendants*

Cc: Counsel of record (via ECF)