UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
TIFFANY LENTZ,

          Plaintiff,

          -against-

THOUGHTWORKS INC. and KISHORE
RACHAPUDI,

          Defendants.
------------------------------------------------------------x

20-CV-7043 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF Nos. 57 and 58. Plaintiff is directed to file one letter brief explicating which discovery responses are at issue regarding her Motion to Compel. Plaintiff shall attach to the letter brief a chart outlining the document requests at issue, Defendants' responses to those document requests, and the relevance of the requested documents to Plaintiff's case. Plaintiff shall file her letter brief by **July 22, 2022**.

Defendants' response is due **August 5, 2022**. Defendants may attach their own chart to their letter brief stating their objections. There shall be no replies. The letter briefs shall not exceed three pages.

The parties shall also outline any other outstanding discovery in their respective letter briefs.

**SO ORDERED.**

Dated: July 12, 2022
       New York, New York

                                 _s/ Ona T. Wang_
                                 **Ona T. Wang**
                                 United States Magistrate Judge