**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
TIFFANY LENTZ,

            Plaintiff,

           -against-

THOUGHTWORKS INC. and KISHORE RACHAPUDI,

           Defendants.
------------------------------------------------------------x

20-CV-7043 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a status conference in this matter on November 18, 2022.

Pursuant to rulings made on the record at the conference, Defendants shall produce to Plaintiff the 2017 document related to Plaintiff's discrimination complaints by **November 23, 2022**. With respect to all other document requests referenced in ECF 62-1, the parties shall meet and confer regarding Defendants' narrowed ESI searches and hit reports. By **November 23, 2022**, Defendants shall produce to Plaintiff the hit report or its equivalent and identify the searches that were done to yield those hits. As stated on the record, Plaintiff shall then determine, after a fulsome meet and confer with Defendants, whether to further narrow the searches or to accept the ESI production without prejudice to further ESI requests.

The parties shall file a joint status letter by **December 2, 2022**, reporting to the Court what discovery issues remain and the steps they have taken to resolve those issues without Court intervention.

The fact discovery deadline is extended to December 2, 2022.

**SO ORDERED.**

Dated: November 18, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge