**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| TIFFANY LENTZ, | : | |
| | : | |
| Plaintiff, | : | 20-CV-7043 (PGG) (OTW) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| THOUGHTWORKS INC. and KISHORE RACHAPUDI, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF 72. The parties are directed to file a status letter by **December 23, 2022**, reporting on the status of their outstanding discovery issues.

The fact discovery deadline is extended to December 23, 2022.

**SO ORDERED.**

Dated: December 8, 2022
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge