**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

TIFFANY LENTZ,                                          :
                                                       :
                        Plaintiff,                     :          20-CV-7043 (PGG) (OTW)
                                                       :
                        -against-                      :          **ORDER**
                                                       :
THOUGHTWORKS INC. and KISHORE                          :
RACHAPUDI,                                             :
                                                       :
                        Defendants.                    :
                                                       :

---------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Plaintiff's request to adjourn the February 2, 2023 status conference is **GRANTED**. The

conference adjourned to **Tuesday, March 7, 2023 at 2:30 p.m.** The parties shall submit a joint

conference agenda by March 3, 2023.

The fact discovery deadline is extended to March 7, 2023.

The Clerk of Court is respectfully directed to close ECF 79.

**SO ORDERED.**


Dated: February 1, 2023                         ___*s/ Ona T. Wang*_____
       New York, New York                       **Ona T. Wang**
                                                United States Magistrate Judge