UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TIFFANY LENTZ,

            Plaintiff,

            -against-

THOUGHTWORKS INC. and KISHORE RACHAPUDI,

            Defendants.
------------------------------------------------------------x

20-CV-7043 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a status conference in this matter on March 7, 2023.

Pursuant to instructions made on the record at the conference, the parties shall file a joint discovery status letter by **June 23, 2023.**

The deadline to complete fact discovery is extended to June 23, 2023.

**SO ORDERED.**

Dated: March 7, 2023
New York, New York

            *s/ Ona T. Wang*
            **Ona T. Wang**
            United States Magistrate Judge