

**MEMO ENDORSED.**

Littler Mendelson, PC
900 Third Avenue
New York, New York  10022.3298

Gary Moy
212.471.4409 direct
212.583.9600 main
gmoy@littler.com

November 14, 2023

**VIA ECF**
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED.** The Status Conference scheduled for November 15, 2023 is **ADJOURNED to Tuesday, January 23, 2024 at 10:00 a.m.** The parties shall file a joint proposed agenda by **Friday, January 19, 2024.** The parties are further directed to file a deposition schedule by **November 22, 2023.** Discovery will be extended for the sole purpose of completing the five outstanding depositions discussed in ECF 89. **The Court is highly unlikely to grant an additional extension.**

**SO ORDERED.**

_____
Ona T. Wang         11/14/23
U.S.M.J.

Re:   *Tiffany Lentz v. ThoughtWorks, Inc. et. ano.*,
      No. 20 Civ. 7043 (DEH) (OTW)

Dear Judge Wang,

As counsel for Defendants Thoughtworks, Inc. and Kishore Rachapudi, the undersigned writes to respectfully request an adjournment of the status conference scheduled for November 15, 2023 at 10:30 a.m. to November 22, 2023 at 10:30a.m. until a date and time at the Court's convenience.  Plaintiff consents to this request.

At the outset, the undersigned apologizes for the timing of this request.  This request is being made because the undersigned has been out of the office much of last week and the week prior due to medical issues, during which time the undersigned was unable to work.  Additionally, the undersigned has a prior commitment on November 15, 2023 also prompting this request.  For the Court's scheduling convenience, the undersigned conferred with Plaintiff's counsel who is available next Wednesday, November 22 for the rescheduled conference.[1]

We thank the Court for the consideration herein.

Respectfully submitted,

/s/
Gary Moy

---

[1] Plaintiff's counsel is unavailable November 17 and 20, 2023 due to prior commitments.