



Littler Mendelson, PC
900 Third Avenue
New York, New York 10022.3298

Gary Moy
212.471.4409 direct
212.583.9600 main
gmoy@littler.com

November 14, 2023

**VIA ECF**
Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:**    *Tiffany Lentz v. ThoughtWorks, Inc. et. ano.*,
            No. 20 Civ. 7043 (DEH) (OTW)

Dear Judge Ho,

As counsel for Defendants Thoughtworks, Inc. and Kishore Rachapudi, the undersigned writes to respectfully an extension of time *nunc pro tunc* to submit the status letter and case management plan, as set forth in the Court's October 30, 2023 Order, Docket Entry No.88, from November 13, 2023 until November 17, 2023.

This request is being made because the undersigned has been out of the office much of last week and the week prior due to medical issues, during which time the undersigned was unable to work. The undersigned apologizes for the timing of this request.

We thank the Court for the consideration herein.

    Respectfully submitted,

                                                               /s/
                                                          Gary Moy

---

Application GRANTED.

The Defendants' status letter is due November 17, 2023.

The Clerk of Court is respectfully directed to terminate ECF 91.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: November 15, 2023
New York, New York