UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY LENTZ,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>THOUGHTWORKS, INC., et al.,<br><br>                    Defendant(s). | 20-CV-7043 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued October 30, 2023 (ECF No. 88), directed parties to file a joint status letter no later than November 13, 2023.  Plaintiff did so (ECF No. 89), but Defendants did not do so.  An order issued November 15, 2023 (ECF No. 93), granted Defendants' request to file the required status letter no later than November 17, 2023.  Defendants did not do so.

It is hereby **ORDERED** that the Defendant shall file the required letter as soon as possible and no later than **November 28, 2023.**

SO ORDERED.

Dated: November 20, 2023
       New York, New York

                                                                        _____
                                                                                   DALE E. HO
                                                                         United States District Judge