**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TIFFANY LENTZ,

             Plaintiff,

             -against-

THOUGHTWORKS INC. and KISHORE RACHAPUDI,

             Defendants.
------------------------------------------------------------x

20-CV-7043 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of ECF 97. Defense counsel apparently has not complied with my November 27, 2023 Order. (ECF 96). Accordingly, depositions shall be scheduled as follows:

- Chris Murphy will be deposed **on December 11, 2023**.
- Kishore Rachapudi will be deposed **on December 22, 2023**.
- Tarsha McCormick will be deposed **on December 27, 2023**.
- Kayla Engelson will be deposed **on December 29, 2023**.

Defendant is directed to produce contact information for these defense witnesses **no later than Monday, December 4, 2023**.

SO ORDERED.

                                                          */s/ Ona T. Wang*
Dated: December 1, 2023                                         **Ona T. Wang**
      New York, New York                        United States Magistrate Judge