```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TIFFANY LENTZ,                                                :
                                                              :
                              Plaintiff,                      :         20-CV-7043 (DEH) (OTW)
                                                              :
                        -against-                             :
                                                              :         **POST-CONFERENCE ORDER**
THOUGHTWORKS INC. and KISHORE                                 :
RACHAPUDI,                                                    :
                                                              :
                              Defendants.                     :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a status conference on June 5, 2024. As ordered on the record:

1. Defendant shall produce to Plaintiffs documents related to the internal investigation, as discussed at the conference, **by Friday, June 14, 2024**.

2. Parties are directed to meet and confer regarding outstanding document requests and file a joint status letter, **by Friday, June 21, 2024**, which shall include a chart that lists: (1) each outstanding document request, (2) the basis for seeking the document(s), and (3) the objection to producing the document(s). Defendants shall also supplement the privilege log **by Friday, June 21, 2024**.

3. The parties' June 21, 2024, status letter will also indicate whether they intend to file discovery motions. If so, the parties are directed to file a proposed briefing schedule.

4. The fact discovery deadline is **EXTENDED** *nunc pro tunc* to **Wednesday, July 31, 2024**.

   **SO ORDERED.**

Dated: June 5, 2024　　　　　　　　　　　　　　　　　　　　*/s/ Ona T. Wang*
　　　　New York, New York　　　　　　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge