

445 Park Avenue  P: 646-379-77093
9th Floor  F: 866-839-4306
New York, NY 10022  E: tma@youngandma.com

June 19, 2024

<u>Via ECF</u>

**MEMO ENDORSED.**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Tiffany Lentz v. ThoughtWorks, Inc., et al.
<u>20-cv-07043-DEH-OTW</u>

Dear Judge Wang,

Pursuant to Your Honor's Individual Practices in Civil Cases, Section I(e), we respectfully request an extension of time to and through June 28, 2024 to submit the joint status letter, currently due June 21, 2024 (Dkt. No. 112).

This is the first request for extension. Defense counsel consents to this request.

Plaintiff's counsel received the personal files and notes of defendants' general counsel Valarie Fairchild on June 17, 2024 and needs the one week extension from this Friday to evaluate, discuss with our client, and potentially narrow the remaining documents we need prior to the end of discovery. We will work on this and get a draft to opposing counsel next week and file the joint chart by next Friday.

Thank you for your consideration.

Respectfully submitted,

*Tiffany Ma*
Tiffany Ma

cc: Defendants' Counsel (via ECF)

**Application GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang   6/20/24
U.S.M.J.

www.youngandma.com