# YOUNG & MA LLP

845 United Nations Plaza  P: 646-379-77093
37th Floor  F: 866-839-4306
New York, NY 10017  E: tma@youngandma.com

**MEMO ENDORSED.**

December 12, 2024

<u>Via ECF</u>

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**The post-discovery conference is ADJOURNED to January 21, 2025, at 11:30 a.m.**

**SO ORDERED.**

*/s/ Ona T. Wang*

Ona T. Wang    Dec. 13, 2024
U.S.M.J.

Re:  Tiffany Lentz v. ThoughtWorks, Inc., et al.
     20-cv-07043-PGG-OTW

Dear Judge Wang,

We are counsel to Plaintiff in this action. Pursuant to Your Honor's Individual Practices in Civil Cases, Section I(e), we respectfully request that the post-discovery conference, currently January 7, 2025 (Dkt. No. 124), be adjourned to:

1. January 13, 2025,
2. January 14, 2025, or
3. January 15, 2025.

Plaintiff's counsel has a school visit for a child entering kindergarten that day, followed by a state court conference right after. This is the first request for adjournment. Defense counsel consents to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/ Tiffany Ma*
Tiffany Ma

cc:  Defendants' Counsel (via ECF)