# YOUNG & MA LLP

845 United Nations Plaza  P: 646-379-77093
37th Floor  F: 866-839-4306
New York, NY 10017  E: tma@youngandma.com

# MEMO ENDORSED.

February 7, 2025

Via ECF

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Tiffany Lentz v. ThoughtWorks, Inc., et al.
 20-cv-07043-PGG-OTW

> Application **GRANTED.** The conference currently scheduled for February 11 is **ADJOURNED** to **March 4, 2025, at 3:30 p.m.**
>
> **SO ORDERED.**
>
> Ona T. Wang       Feb. 10, 2025
> U.S.M.J.

Dear Judge Wang,

  We are counsel to Plaintiff in this action.  Pursuant to Your Honor's Individual Practices in Civil Cases, Section I(e), we respectfully request an adjournment of the Pre Settlement Conference Call, currently February 11, 2025 (Dkt. No. 127).

  We have not received the handwritten investigation notes of Valarie Fairchild typed as parties agreed at the last hearing, and Plaintiff's counsel would require at minimum 5-10 business days before the settlement conference to review and advise Plaintiff.  Therefore, we request an adjournment of the settlement conference for a date three weeks out and remind Defendants' counsel to please send us the typed up handwritten notes by 14 days before the conference.

  This is the first request for adjournment.  Defense counsel has been coordinating a conference with us on this matter and at this time, it has not yet been set but we want to timely inform the Court that we will certainly need an extension of next week's conference, given the circumstances.

  Thank you for your consideration.

Respectfully submitted,

Tiffany Ma

cc:  Defendants' Counsel (via ECF)

www.youngandma.com