**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

TIFFANY LENTZ,                                    :
                                                  :
                        Plaintiff,                :          20-CV-7043 (DEH) (OTW)
                                                  :
            -against-                             :          __CONFERENCE ORDER__
                                                  :
THOUGHTWORKS INC. and KISHORE                     :
RACHAPUDI,                                        :
                                                  :
                        Defendants.               :
--------------------------------------------------------------x

         **ONA T. WANG**, **United States Magistrate Judge:**

         The Court will hold an in-person post-discovery conference in this matter on **Thursday,**

**April 3, 2025, at 3:30 p.m.,** in **Courtroom 20D, 500 Pearl Street, New York, NY 10007**.  The parties

should come prepared to discuss next steps, including setting a trial date.

         **SO ORDERED.**


                                                              _/s/ Ona T. Wang_
Dated: March 17, 2025                                         **Ona T. Wang**
       New York, New York                           United States Magistrate Judge