**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
TIFFANY LENTZ,

                Plaintiff,                                20-CV-7043 (DEH) (OTW)

                -against-                                **ORDER**

THOUGHTWORKS INC. and KISHORE
RACHAPUDI,

                Defendants.
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

A status conference was held in this action on April 3, 2025. As discussed on the record at the conference:

- Defendants will produce to Plaintiff a type-written copy of Ms. Kayla Engelson's notes, as defined at the conference, and referenced in the parties' letters at (*see* ECF Nos. 130, 132, and 133), by **Friday, May 2, 2025**.

- Plaintiff will serve on Defendants no more than twenty-five (25) Special Interrogatories concerning (1) the mode, method, and manner of how Ms. Valarie Fairchild maintained her notes, as defined at the conference, and referenced in the parties' letters, and (2) whether Ms. Fairchild recorded interviews, by **Thursday, April 17, 2025**.

- Ms. Fairchild will respond to the Special Interrogatories by **Friday, May 16, 2025**.

The Clerk of Court is respectfully directed to close ECF 130.

**SO ORDERED.**

Dated: April 4, 2025
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge